# Third District Court of Appeal

## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0608
Lower Tribunal No. 16-18787
_____

**Pierre Richard Fenelon,**
Appellant,

vs.

**Danna F. Magloire-Fenelon,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Rosa C. Figarola and Jason E. Dimitris, Judges.

Fleurantin, Francois & Antonin, P.A., and Larry R. Fleurantin, for appellant.

Danna F. Magloire-Fenelon, in proper person.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.